IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARK COOPER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CV 17-00149-M-DLC-JCL <br><br><br> ORDER |

On October 11, 2017, Plaintiff Mark Cooper, a federal prisoner proceeding without counsel, filed a Complaint for Declaratory Relief (Doc. 1) but he did not pay the $400.00 filing fee as required by 28 U.S.C. § 1914(a) or file a motion to proceed in forma pauperis under 28 U.S.C. § 1915. On November 9, 2017, the Court issued an Order requiring Cooper to either pay the filing fee or submit a motion to proceed in forma pauperis within 30 days. (Doc. 8.) Cooper failed to respond. Since no filing fee or motion to proceed in forma pauperis has been submitted, no case has been initiated.

ACCORDINGLY, the Clerk of Court is directed to close this matter.

DATED this 7th day of December, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge